No. 73–1709.  SNEIDERS *v.* HENRY.  C. A. 9th Cir. Certiorari denied.

No. 73–1713.  SMYZER *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 73–1714.  BARDAHL MANUFACTURING CORP. ET AL. *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 73–1715.  WALDROP ET AL. *v.* HITE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 73–1716.  LAING *v.* MINNESOTA VIKINGS FOOTBALL CLUB, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 73–1717.  FRITZ ET UX. *v.* TOWN OF CLERMONT. Ct. App. Ind.  Certiorari denied.

No. 73–1719.  PONZIO *v.* UNITED STATES;
No. 73–1759.  SOMERS *v.* UNITED STATES; and
No. 73–6628.  LASANE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 496 F. 2d 723.

No. 73–1720.  IMPSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–1721.  ABETTA ELECTRIC SERVICE CORP. *v.* LE-VINE, INDUSTRIAL COMMISSIONER OF NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 73–1725.  IRVING BERLIN MUSIC CORP. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.